**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARY WHITE | : | |
|    Plaintiff, | : | |
| | : | |
|    v. | : | Civil Action |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | No. 24-00294 |
| CORPORATION a/k/a AMTRAK, | : | |
| | : | |
|    and | : | |
| | : | |
| ELITE BUILDING SERVICES | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 9th day of July, 2024, upon consideration of Motion to Dismiss Defendant National Railroad Passenger Corporation a/k/a Amtrak's Crossclaim (ECF No. 15) filed by Elite Building Services ("Elite"), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in a separate memorandum entered by the Court along with this Order, it is hereby **ORDERED** that Elite's Motion is **DENIED**.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge